UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEN HARVEST SALES, LLC,

                              Plaintiff,

          -against-

FRESH START PRODUCE, LLC, GRUPO
COUNTRY USA, LLC and JUAN CAMILLO
VILLAVECES,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/31/2025_____

25 Civ. 2518 (AT)

**ORDER**

ANALISA TORRES, District Judge:

To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

          SO ORDERED.

Dated: March 31, 2025
          New York, New York

_____
          ANALISA TORRES
          United States District Judge