```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEN HARVEST SALES, LLC,

                     Plaintiff,

-against-

FRESH START PRODUCE, LLC, GRUPO COUNTRY USA, LLC and JUAN CAMILLO VILLAVECES,

                     Defendants.

25 Civ. 2518 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has referred this matter to the Honorable Stewart D. Aaron for general pretrial management. Accordingly, the deadline to file a joint letter and jointly proposed case management plan, *see* ECF No. 11, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                                      ANALISA TORRES
                                                   United States District Judge