UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Green Harvest Sales, LLC,

                        Plaintiff,

-against-

Fresh Start Produce, LLC, et al.,

                        Defendants.

1:25-cv-02518 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      This action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, settlement and dispositive motion pursuant to 28 U.S.C. § 636(b). (Referral Order, ECF No. 24.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

      On April 28, 2025, *pro se* Defendant Juan Camillo Villaveces ("Individual Defendant") filed a motion to dismiss the Complaint on behalf of himself and Fresh Start Produce, LLC. (Mot. to Dismiss, ECF No. 17; Mem., ECF Nos. 18-19.) However, a corporate defendant must be represented by counsel.[1] Accordingly, it is hereby ORDERED that Fresh Start Produce, LLC and Grupo Country USA, LLC (collectively "Corporate Defendants") shall appear by counsel no later than June 6, 2025. If counsel for the Corporate Defendants does not appear by such date, the Court will treat the Motion to Dismiss as made only on behalf of the Individual Defendant.

---

[1] *See First Capital Inv. Holdings LLC v. Wilson Capital Group, Inc.*, No. 10-CV-02948 (JSR), 2010 WL 4967833, at *1 (S.D.N.Y. Nov. 30, 2010) (noting that "corporate defendants must be represented by counsel").

**SO ORDERED.**

Dated:   New York, New York
           May 2, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2