USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Green Harvest Sales, LLC,

                Plaintiff,

-against-

Fresh Start Produce, LLC, et al.,

                Defendants.

1:25-cv-02518 (AT) (SDA)

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Given that the Court addressed Defendant Villaveces's Motion to Dismiss in the just-issued Report and Recommendation (ECF No. 28), amending the Order entered on May 2, 2025 (ECF No. 27), it is hereby ORDERED that Defendants Fresh Start Produce, LLC and Grupo Country USA, LLC (collectively "Corporate Defendants") shall appear by counsel no later than June 6, 2025. If counsel for the Corporate Defendants does not appear by such date, Plaintiff shall seek clerk's certificates of default against the Corporate Defendants by June 13, 2025.

SO ORDERED.

Dated:    New York, New York
            May 8, 2025

_____
STEWART D. AARON
United States Magistrate Judge